## MISANI *v.* ORTHO PHARMACEUTICAL CORP. ET AL.

No. 595.   Decided December 6, 1965.

Appellant *pro se.*

*Clyde A. Szuch* and *Stanley C. Smoyer* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## 508 CHESTNUT, INC. *v.* CITY OF ST. LOUIS ET AL.

No. 605,   Decided December 6, 1965.

*Morris A. Shenker* and *Bernard J. Mellman* for appellant.

*Thomas F. McGuire* and *Aubrey B. Hamilton* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.